**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

RANDY STANLEY,

                Petitioner,

-vs-                                          Case No.  3-:01-CV-483

LAWRENCE MACK,  Warden,          Judge Thomas M. Rose
London Correctional Institution,[1]

                                                Magistrate Judge Sharon L. Ovington
                Respondent.

---

**ENTRY AND ORDER OVERRULING RANDY STANLEY'S OBJECTIONS (Doc. #49)TO MAGISTRATE JUDGE SHARON L. OVINGTON'S REPORT AND RECOMMENDATIONS (Doc. #48); ADOPTING MAGISTRATE JUDGE OVINGTON'S REPORT AND RECOMMENDATIONS IN ITS ENTIRETY AND TERMINATING THIS CASE**

---

       This matter is before the Court pursuant to Petitioner Randy Stanley's ("Stanley's") Objections (doc. #49) to the Report and Recommendations of Magistrate Judge Sharon L. Ovington (doc. #48). The Report and Recommendations address Stanley's Petition for a Writ of Habeas Corpus.

       The Report and Recommendations was filed on February 10, 2006, and Stanley's Objections were filed on March 2, 2006. The Warden did not submit objections to the Report and Recommendations and has not responded to Stanley's Objections.

       As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court

---

[1] Lawrence Mack is no longer the Warden of the London Correctional Institution. Deb Timmerman-Cooper is the current Warden of the London Correctional Institution.

finds that Stanley's objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. Further, the Magistrate Judge's Report and Recommendations is ADOPTED in its entirety.

Stanley's Amended Habeas Petition (doc. #25) is DENIED and DISMISSED. A certificate of appealability pursuant to 28 U.S.C. §2253(c) will not issue. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Thirtieth day of March, 2006.

                                                        s/Thomas M. Rose

                                                _____
                                                THOMAS M. ROSE
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record